Robert Conner, Plaintiff-Appellant, v. Illinois Bell Telephone Company, Defendant-Appellee.

Gen. No. 69–155. (Abstract of Decision.)

Second District.
February 20, 1970.

Thomas L. Ruth, Jr., of Barrington, for appellant; Fuqua, Fuqua, Winter & Homer, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.